

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00416-CV

| | | |
|---|---|---|
| Marvin Brittingham, and All Other Occupants of 3402 Jaywood Court, Arlington, Texas 76017 | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2012-003510-1) |
| v. | § | |
| | | August 22, 2013 |
| | § | |
| Federal Home Loan Mortgage Corporation | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Marvin Brittingham shall pay all costs of this appeal, for which let execution issue.

It is further ordered that Appellee Federal Home Loan Mortgage Corporation shall have and recover of and from Appellant Marvin Brittingham and

from his cash deposit in lieu of supersedeas bond, the amount adjudged below,

for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
    Justice Bill Meier